UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Daniel and Christina Galanaugh | : | |
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 16-17743MDC |

**Addendum to Chapter 13 Plan**

By way of clarification of the Amended Plan, the calculation of the base of the Plan shall be as follows:

Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,640.00** paid to date, and **$687.00** per month for **53** months.

Total of plan payments: **$38,051.00**

Date: July 15th, 2017

/s/ Brad J. Sadek, Esq.
1315 Walnut Street
#502 Philadelphia,
PA 19107