# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel Galanaugh, Jr.<br>Christina Galanaugh<br>                                    Debtors | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>                                    Movant<br>                vs. | NO. 16-17743 MDC |
| Daniel Galanaugh, Jr.<br>Christina Galanaugh<br>                                    Debtors | 11 U.S.C. Section 362 |
| William C. Miller<br>                                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about May 12, 2017. (Doc. No. 27).

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1332
                                        Attorneys for Movant

Dated: July 19, 2017