*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daniel Galanaugh, Jr. and
Christina Galanaugh
        Debtor(s)

Case No: 16–17743–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 12484 Sweet Briar Road, Philadelphia, PA 19154, Filed by U.S BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) Represented by MATTEO SAMUEL WEINER

    on: 9/7/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/23/17

Timothy B. McGrath
Clerk of Court

40 – 37
Form 167