United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17743-mdc
Daniel Galanaugh, Jr.                                           Chapter 13
Christina Galanaugh
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Eileen              Page 1 of 1              Date Rcvd: Aug 23, 2017
                             Form ID: 167              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
```
db/jdb       +Daniel Galanaugh, Jr.,    Christina Galanaugh,    12484 Sweet Briar Road,
               Philadelphia, PA 19154-1318
13818410     +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
13878047      Emergency Care Services of PA, P.C.,    PO Box 1123,    Minneapolis MN 55440-1123
13818411     +Eos CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
13818412     +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
13818413     +KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
13848952      Main Street Acquisition Corp.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13818415      PA Dept of Revenue,    P.O. Box 280948,    Harrisburg, PA 17128-0948
13872890     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13828270     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13821576     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
13818418     +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:01      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13818408     +E-mail/Text: EBNProcessing@afni.com Aug 24 2017 01:32:11      Afni,    P.O. Box 3427,
               Bloomington, IL 61702-3427
13818409     +E-mail/Text: ally@ebn.phinsolutions.com Aug 24 2017 01:31:44      Ally Financial,
               P.O. Box 380901,    Bloomington, MN 55438-0901
13844038      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2017 01:38:51
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13908325     +E-mail/Text: bankruptcy@phila.gov Aug 24 2017 01:32:26
               City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13818414     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07      Midland Funding,
               2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13818416     +E-mail/Text: blegal@phfa.org Aug 24 2017 01:32:08      PA Housing Finance Agency,
               P.O. Box 8029,    Harrisburg, PA 17105-8029
13931461     +E-mail/Text: blegal@phfa.org Aug 24 2017 01:32:09      Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
13818417     +E-mail/Text: bankruptcy@sw-credit.com Aug 24 2017 01:32:07      Southwest Credit Systems,
               4120 International Parkway,    Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
         BRAD J. SADEK    on behalf of Debtor Daniel  Galanaugh, Jr. brad@sadeklaw.com
         BRAD J. SADEK    on behalf of Joint Debtor Christina  Galanaugh brad@sadeklaw.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daniel Galanaugh, Jr. and
Christina Galanaugh
        Debtor(s)

Case No: 16−17743−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 12484 Sweet Briar Road, Philadelphia, PA 19154, Filed by U.S BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) Represented by MATTEO SAMUEL WEINER

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/23/17

Timothy B. McGrath
Clerk of Court

40 − 37
Form 167