IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| **Daniel Galanaugh Jr.** <br> **Christina Galanaugh** | : Chapter 13 <br> : <br> : <br> : <br> : Bankruptcy Case No: 16-17743 |

## PRAECIPE TO WITHDRAW

TO THE COURT:

On behalf of the Debtor, please withdraw the Application for Compensation filed with the court on April 18, 2017 at Docket No. 22

Dated: September 14, 2017

*/s/ Brad J. Sadek*
Brad J. Sadek, Esquire
Counsel for Debtor