IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Daniel & Christina Galanaugh | : | |
| | : | |
| | : | Case No.: 16-17743 |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 50.

Dated: October 6, 2017                    /s/ Brad J. Sadek, Esquire
                                          Brad J. Sadek, Esquire
                                          Sadek and Cooper
                                          "The Philadelphia Building"
                                          1315 Walnut Street, #502
                                          Philadelphia, PA 19107
                                          215-545-0008