**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Daniel Galanaugh | : | Chapter 13 |
|    Christina Galanaugh | : | |
| | : | |
|    Debtor | : | Case No.: 16-17743 |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., hereby certify that on January 25, 2018, a true and correct copy of the <u>Order Dismissing Chapter 13 and Setting Deadline for Applications for Allowance of Administrative Expenses</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested parties, the Trustee and all creditors.

                                                                                        Very Truly Yours,

January 25, 2018                                                          */s/ Brad J. Sadek, Esquire*
                                                                                                      Brad J. Sadek, Esquire