United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Daniel Galanaugh, Jr.
Christina Galanaugh
    Debtors

Case No. 16-17743-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2     Date Rcvd: Jan 26, 2018
                     Form ID: pdf900    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.

```
db/jdb         +Daniel Galanaugh, Jr.,    Christina Galanaugh,    12484 Sweet Briar Road,
                 Philadelphia, PA 19154-1318
13818410       +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
13878047        Emergency Care Services of PA, P.C.,    PO Box 1123,    Minneapolis MN 55440-1123
13818411       +Eos CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
13818412       +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
13818413       +KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
13848952        Main Street Acquisition Corp.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13818415        PA Dept of Revenue,    P.O. Box 280948,    Harrisburg, PA 17128-0948
13828270       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13821576       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13818418       +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Jan 27 2018 01:41:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 01:40:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2018 01:40:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2018 01:42:03     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13818408       +E-mail/Text: EBNProcessing@afni.com Jan 27 2018 01:40:47     Afni,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
13818409       +E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2018 01:39:44     Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
13844038        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2018 01:48:50
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13908325       +E-mail/Text: bankruptcy@phila.gov Jan 27 2018 01:41:17
                 City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13818414       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 27 2018 01:40:40     Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13818416       +E-mail/Text: blegal@phfa.org Jan 27 2018 01:40:43     PA Housing Finance Agency,
                 P.O. Box 8029,    Harrisburg, PA 17105-8029
13872890       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2018 02:01:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13931461       +E-mail/Text: blegal@phfa.org Jan 27 2018 01:40:43     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13818417       +E-mail/Text: bankruptcy@sw-credit.com Jan 27 2018 01:40:42     Southwest Credit Systems,
                 4120 International Parkway,    Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                        Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2            Date Rcvd: Jan 26, 2018
                              Form ID: pdf900          Total Noticed: 24
```
---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Daniel  Galanaugh, Jr. brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Christina  Galanaugh brad@sadeklaw.com,
               bradsadek@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Daniel & Christina Galanaugh | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-17743 -MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 1/25/18

*Magdeline D. C—*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE