IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Daniel Galanaugh Jr. | : |
| Christina Galanaugh | : |
| | : Case No.: 16-17743 |
| | : |
| Debtor(s) | : Chapter 13 |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 50.

Dated: February 16, 2018                    /s/ Brad J. Sadek, Esquire
                                                          Brad J. Sadek, Esquire
                                                          Sadek and Cooper
                                                          "The Philadelphia Building"
                                                          1315 Walnut Street, #502
                                                          Philadelphia, PA 19107
                                                          215-545-0008